```
 1  JACKLIN CHOU LEM (CASBN 255293)
    ALEXANDRA J. SHEPARD (CASBN 205143)
 2  HOWARD J. PARKER (WASBN 07233)
    KAREN J. SHARP (TXSBN 02049500)
 3  ANDREW J. NICHOLSON-MEADE (CASBN 284070)
 4  PARADI JAVANDEL (CASBN 295841)
    U.S. Department of Justice, Antitrust Division
 5  450 Golden Gate Avenue
    Box 36046, Room 10-0101
 6  San Francisco, CA 94102
 7  Telephone: (415) 934-5300
    jacklin.lem@usdoj.gov
 8
 9  Attorneys for the United States
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA | ) No. CR-15-0426-JD |
|---|---|
| v. | ) [PROPOSED] ORDER ESTABLISHING PROCEDURE FOR CRIME VICTIMS NOTIFICATION PURSUANT TO 18 U.S.C. § 3771 |
| NEC TOKIN Corp., | ) |
| Defendant. | ) |

1  Before the Court is the United States' Motion to Establish Procedure for Crime Victims
2  Notification Under 18 U.S.C. § 3771.  Dkt. No. 6.  The Court grants the Motion and orders that
3  for any public court proceeding, or any parole proceeding, involving the crime in this case, the
4  Antitrust Division may, as an alternative to individual notices, provide reasonable, accurate, and
5  timely notice through its web site, http://www.justice.gov/atr/victim/index.html, and through
6  written notice to counsel for Flextronics and lead counsel for the direct and indirect purchaser
7  plaintiffs in the parallel civil actions pending before this Court (*In re Capacitors Antitrust*
8  *Litigation*, 3:14-cv-03264-JD).

10  IT IS SO ORDERED.

13  Dated: October 15, 2015

_____
Honorable James Donato
United States District Judge

[PROPOSED] ORDER ESTABLISHING PROCEDURE
FOR CRIME VICTIM NOTIFICATION
U.S. v. NEC TOKIN, CR-15-0426-JD