1  JACKLIN CHOU LEM (CASBN 255293)
   CHRISTOPHER J. CARLBERG (CASBN 269242)
2  U.S. Department of Justice, Antitrust Division
3  450 Golden Gate Avenue
   Box 36046, Room 10-0101
4  San Francisco, CA 94102
   Telephone: (415) 934-5300
5  jacklin.lem@usdoj.gov

6
   Attorneys for the United States
7

8                UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                SAN FRANCISCO DIVISION

11

12   UNITED STATES OF AMERICA          No. 4:15-CR-00426-JD

13            v.                       **UNITED STATES' ADMINISTRATIVE
                                        MOTION TO PERMIT LIMITED
14                                      DISCLOSURE OF A SEALED
                                        DOCUMENT AND [PROPOSED]
15   NEC TOKIN CORPORATION,             ORDER**

16            Defendant.
                                       FILED:  December 21, 2017
17

18

19

20

21

22

23

24

25

26

27

28

                          1
MOTION TO PERMIT LIMITED DISCLOSURE
U.S. v. NEC TOKIN, 4:15-CR-00426-JD

1    The United States respectfully moves this Court for an order permitting disclosure of the

2  sealed Attachment A to the Plea Agreement (Dkt. 9-1) to Nippon Chemi-Con Corporation

3  ("NCC").  NCC is the defendant in *United States v. Nippon Chemi-Con Corporation*, CR 17-

4  540-JD (N.D. Cal. Oct. 18, 2017).  The government requests permission for this disclosure to

5  allow the government to meet its criminal discovery obligations in that case.

6    Attachment A to the Plea Agreement identifies certain individuals who had not been

7  charged at the time of its filing.  At least some of the individuals have still not been charged.

8  The government moved to seal Attachment A to protect the named individuals because publicly

9  revealing their names could be viewed as an accusation that they have engaged in criminal

10  conduct, even though they have not been charged and have no forum in which to proclaim their

11  innocence or seek exoneration.  (*See United States v. NEC Tokin Corporation*, CR 15-00426-JD,

12  Dkt. 10.)  The Court ordered that Attachment A be sealed.  (Dkt. 19.)

13    The government requests the Court's permission to disclose Attachment A to NCC so the

14  government can meet its criminal discovery obligations in *United States v. Nippon Chemi-Con*

15  *Corporation*, CR 17-540-JD.  Because it is part of an agreement with the government,

16  Attachment A to the Plea Agreement is part of the "Protected Materials" that are subject to the

17  Protective Order in that case (Dkt. 25) and is, thereby, limited from further disclosure.

18    The government has consulted with counsel for NEC Tokin Corporation ("NEC Tokin"),

19  and NEC Tokin has no objection to the government's request.

20    For the reasons stated above, the United States requests an order permitting disclosure of

21  the sealed Attachment A to the Plea Agreement between the United States and NEC Tokin

22  (*United States v. NEC Tokin Corporation*, CR 15-00426-JD, Dkt. 9-1) to NCC subject to the

23  Protective Order in *United States v. Nippon Chemi-Con Corporation*, CR 17-540-JD (Dkt. 25).

24  //

25  //

26  //

27  //

28  //

MOTION TO PERMIT LIMITED DISCLOSURE
U.S. v. NEC TOKIN, 4:15-CR-00426-JD

1   Respectfully submitted:

2

3   DATED:  December 21, 2017

4                                                              */s/ Christopher J. Carlberg*
                                                              CHRISTOPHER J. CARLBERG
                                                              Trial Attorney
5                                                              U.S. Department of Justice
                                                              Antitrust Division
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3

MOTION TO PERMIT LIMITED DISCLOSURE
U.S. v. NEC TOKIN, 4:15-CR-00426-JD

1

## [PROPOSED] ORDER

2    Based upon the motion of the government and for good cause shown, it is hereby

3  ORDERED that the government is permitted to disclose the sealed Attachment A to the Plea

4  Agreement between the United States and NEC Tokin Corporation (Dkt. 9-1) to Nippon Chemi-

5  Con Corporation and its defense counsel for its use in *United States v. Nippon Chemi-Con*

6  *Corporation*, CR 17-540-JD (N.D. Cal. Oct. 18, 2017) subject to the Protective Order issued in

7  that case (Dkt. 25).  Attachment A to the Plea Agreement is to otherwise remain sealed.

8

9  DATED: _1/10/18_____          _____

10                                     HON. JAMES DONATO
                                        United States District Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1